United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-11647-elf
Georgeann Titanic                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: John              Page 1 of 2         Date Rcvd: Jun 14, 2017
                        Form ID: 138NEW         Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2017.
```
db         +Georgeann Titanic,    2514 Rhoads Road,    Gilbertsville, PA 19525-9174
cr         +DLJ MORTGAGE CAPITAL, INC,    c/o Select Portfolio Servicing, Inc.,     P.O. Box 65450,
             Salt Lake City, UT 84165-0450
13256707   +Amerifinancial Solutio,    Po Box 602570,    Charlotte, NC 28260-2570
13256708   +Amerisol,    Po Box 602570,    Charlotte, NC 28260-2570
13256709   +Apex Asset Management,    1891 Santa Barbara Dr St,    Lancaster, PA 17601-4106
13256711   +Berks Credit & Coll,    555 Van Reed Rd,    Wyomissing, PA 19610-1756
13785466   +DLJ Mortgage Capital Inc.,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13256713   +Gilbertsville Area Ambulance,    PO Box 8,    Indiana, PA 15701-0008
13318172   +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13256714   +Medical Data Systems I,    2001 9th Ave,    Suite 312,    Vero beach, FL 32960-6413
13256717    Pottstown Memorial Ambulance Company LLC,    Billing Office,    PO Box 726,
             New Cumberland, PA 17070-0726
13256718    Pottstown Memorial Medical Center,    PO Box 501144,    Saint Louis, MO 63150-0001
13431982   +Springleaf Financial Services,    Serviced by Select Portfolio Servicing,,
             3815 South West Temple,    Salt Lake City, UT 84115-4412
13785486    Wilmington Savings Fund Society, FSB,    P.O. Box 52708,    Irvine, CA 92619-2708
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Jun 15 2017 01:06:53     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2017 01:05:53
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2017 01:06:26     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2017 01:01:42     Synchrony Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13256706    E-mail/Text: bkrpt@retrievalmasters.com Jun 15 2017 01:05:58     AMCA,    PO Box 1235,
             Elmsford, NY 10523-0935
13264432    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2017 01:11:05
             American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
             Oklahoma City, OK  73126-8941
13256710   +E-mail/Text: banko@berkscredit.com Jun 15 2017 01:05:26     Berks Credit & Coll,
             900 Corporate Dr,    Reading, PA 19605-3340
13256715    E-mail/Text: bankruptcydpt@mcmcg.com Jun 15 2017 01:05:58     Midland Credit Management,
             PO Box 60578,    Los Angeles, CA 90060-0578
13256716   +E-mail/Text: bankruptcydpt@mcmcg.com Jun 15 2017 01:05:58     Midland Funding,    8875 Aero Dr,
             San Diego, CA 92123-2255
13464504    E-mail/PDF: rmscedi@recoverycorp.com Jun 15 2017 01:01:46
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
13313710    E-mail/PDF: cbp@onemainfinancial.com Jun 15 2017 01:01:57     Springleaf Financial Services,
             P.O. Box 3251,    Evansville, IN  47731-3251
13256719    E-mail/PDF: cbp@onemainfinancial.com Jun 15 2017 01:01:23
             Springleaf Mortgage Services, Inc.,    PO Box 1170,    Evansville, IN 47706-1170
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE*        ++SPRINGLEAF FINANCIAL SERVICES,    P O BOX 3251,    EVANSVILLE IN 47731-3251
              (address filed with court: Springleaf Financial Services,    Po Box 3251,
             Evansville, IN  47731)
cr          ##+SELECT PORTFOLIO SERVICING, INC, SERVICING AGENT F,    3815 South West Temple,
             Salt Lake City, UT 84115-4412
13256712    ##+Commercial Acceptance,    2 W Main St,    Shiremanstown, PA 17011-6326
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: John                 Page 2 of 2                   Date Rcvd: Jun 14, 2017
                              Form ID: 138NEW            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               bkgroup@kmllawgroup.com
              JOSEPH L QUINN    on behalf of Debtor Georgeann  Titanic CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Springleaf Financial Services
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    DLJ MORTGAGE CAPITAL, INC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    Springleaf Financial Services amps@manleydeas.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Georgeann Titanic
     Debtor(s)

Bankruptcy No: 14−11647−elf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 6/14/17

39 – 38
Form 138_new