United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Georgeann Titanic  
    Debtor

Case No. 14-11647-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Jul 27, 2017  
                           Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2017.  
db         +Georgeann Titanic,    2514 Rhoads Road,    Gilbertsville, PA 19525-9174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2017                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2017 at the address(es) listed below:

      DENISE ELIZABETH CARLON   on behalf of Creditor    Wilmington Savings Fund Society, Et Al...  
       bkgroup@kmllawgroup.com  
      JOSEPH L QUINN    on behalf of Debtor Georgeann  Titanic CourtNotices@sjr-law.com  
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Springleaf Financial Services  
       bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, Et Al...  
       bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    DLJ MORTGAGE CAPITAL, INC bkgroup@kmllawgroup.com,  
       bkgroup@kmllawgroup.com  
      KIMBERLY A. BONNER    on behalf of Creditor    Springleaf Financial Services amps@manleydeas.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                            TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  : Chapter 13

Georgeann Titanic  : Case No. 14–11647–elf
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , July 27, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                           By The Court

                           Eric L. Frank
                           Chief Judge , United States Bankruptcy Court